United States District Court
Southern District of Texas
FILED

FEB 01 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Transcontinental Insurance §
Company, ET. AL. §
versus §   CIVIL ACTION B- **B-02- 018**
 §
Valley Diagnostic Clinic §
P.A. §

## Order Setting Conference

1. Counsel shall appear for an initial pretrial conference:

   **June 4, 2002 at 2:15 p.m.**

   Before the Honorable Hilda G. Tagle
   United States District Judge
   Third Floor-Courtroom No. 3
   United States Courthouse
   600 E. Harrison Street, #306
   Brownsville, Texas 78520

2. Within 15 days of receiving this order, counsel must file a list of all entities that are financially interested in this litigation, including parent, subsidiary, and affiliated corporations. When a group description is effective disclosure, an individual listing is not necessary. Underline the name of corporations with publicly traded securities. Counsel must promptly amend the list when parties are added or additional interested parties are identified.

3. The plaintiff must serve the defendant within 120 days of filing the complaint. The plaintiff's failure to file proof of service within that time may result in dismissal by the court on its own initiative. *See* Rule 4(m).

4. At least 14 days before the conference, counsel must file a joint case management plan with the identity and purpose of witnesses, sources and types of documents, and other requirements for a prompt and inexpensive preparation of this case for disposition by motion or trial. *See* Fed R. Civ. P. Rule 26(f).

5. The parties may agree on additional deadlines for completion of pretrial matters and bring a proposed Scheduling and Docket Control Order with them to the initial pretrial conference.

6. By the conference, counsel will have interviewed their clients and read the documents; readily available documents will have been exchanged at the plan meeting at the latest.

7. The court will set a schedule for initial preparation and may rule on motions pending or made at the conference.

8. Counsel who file or remove an action must serve a copy of this order on the other parties.

9. Counsel who appears at the conference must have authority to bind the client and must know the facts.

10. Counsel must have discussed alternative dispute resolution with their clients and each other; at the conference, the court will consider whether a method of ADR is suited to this case.

11. Failure to comply with this order may result in sanctions, including dismissal of the action and assessment of expenses.

BY ORDER OF THE COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS ALEJANDRO GARZA | * * * * | **MISCELLANEOUS** |
| | * | CIVIL ACTION NO. B-02-018 |
| VS. | * | FEDERAL TORT CLAIMS ACT |
| | * * | **CIVIL ACTION** |
| THE UNITED STATES OF AMERICA | * * | B-02-154 |

United States District Court
Southern District of Texas
FILED
JUL 26 2002
Michael N. Milby
Clerk of Court

## AFFIDAVIT OF INABILITY TO PAY COSTS

BEFORE ME, the undersigned authority on this day personally appeared LUIS ALEJANDRO GARZA, known to me, who, being by me duly sworn, deposed and said on his oath that:

1. I am of the age of majority and of sound mind, capable of making this affidavit, personally acquainted with the facts stated therein as the Movant, Luis Alejandro Garza, in the above-entitled and numbered cause.

2. I submit this affidavit in support of a claim of indigence.

3. I state that I am too poor to pay the costs of court and am unable to give security.

4. I state that my name is Luis Alejandro Garza and my mailing address is #924-34-079, Federal Correctional Facility, P.O. Box 4200 Special Housing, Three Rivers, Texas 78071. My social security number is 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.

5. My average income per month is $ 0 .

6. I have no other income producing property.

7. I have a spouse. Her name is Melissa Cristina Calzada and resides

at 154 Helen Ln., Brownsville, Texas 78521.

8. I have no checking or savings account.

9. I have one (1) dependent, Luis Alejandro Garza Jr. (DOB 7/2/99.)

10. I have read this affidavit and by executing this affidavit, state that the above and foregoing is true and correct in all particulars.

*[signature]*
LUIS ALEJANDRO GARZA

SWORN TO AND SUBSCRIBED BEFORE ME on this 9th day of July, 2002, to certify which witness my hand and seal of office.

*[signature]*
Notary Public, State of Texas
Print Name Tammy Jo Hudek
My Commission Expires: 12-15-2004

SEAL:

Tammy Jo Hudek
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 12-15-2004