IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| TRANSCONTINENTAL INSURANCE CO., § | |
| Plaintiff, § | |
| § | |
| v. § | C.A. B-02-018 |
| § | |
| VALLEY DIAGNOSTIC CLINIC, § | |
| Defendant. § | |

## ORDER

BE IT REMEMBERED that on May 30, 2002, the Court **ORDERED** the Plaintiff to **SUBMIT PROOF THAT THE FILING FEE HAS BEEN PAID** to the Court by 3:00 p.m. on Friday, May 31, 2002. Failure to submit such proof of payment will result in dismissal of the case without prejudice to refile. The Court further **ORDERS** the Plaintiff to **SUBMIT PROOF OF SERVICE** on the Defendant to the Court by 3:00 p.m. on Friday, May 31, 2002. Failure to provide proof of service shall result in dismissal of the case without prejudice to refile.

In the event that Plaintiff produces the proof of payment and service, the Court **ORDERS** the Parties to **SHOW CAUSE** why no Joint Discovery/Case Management Plan has been filed with the Court. Such cause will be shown at the pretrial conference scheduled for June 4, 2002. In the event that the case is dismissed because of failure to comply with the above orders of the Court, the conference scheduled for June 4, 2002 will be cancelled and no cause need be shown.

DONE this 30th day of May, 2002 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge