IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 31 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| TRANSCONTINENTAL INSURANCE CO., | § |
| Plaintiff, | § |
| | § |
| v. | § C.A. B-02-018 |
| | § |
| VALLEY DIAGNOSTIC CLINIC, | § |
| Defendant. | § |

## ORDER

BE IT REMEMBERED that on May 31, 2002, the Court **DISMISSED** the case without prejudice to refile. The Court previously ordered the Plaintiff to submit proof of service on the Defendant to the Court by 3:00 p.m. on Friday, May 31, 2002 [Dkt. No. 3]. The Plaintiff failed to provide such proof of service, and, in accordance with the Court's previous warning, the case is hereby **DISMISSED** without prejudice.

The conference scheduled for June 4, 2002 is therefore cancelled and no Parties need be present.

DONE this 31st day of May, 2002 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge