```
                                              United States District Court
                                               Southern District of Texas
                                                       FILED

        UNITED STATES DISTRICT COURT            JUN 0 3 2002
         SOUTHERN DISTRICT OF TEXAS
             BROWNSVILLE DIVISION              Michael N. Milby
                                                 Clerk of Court
```

| | |
|---|---|
| TRANSCONTINENTAL § | |
| INSURANCE COMPANY § | |
| § | |
| vs. § | CIVIL ACTION NO. B-02-018 |
| § | |
| VALLEY DIAGNOSTIC CLINIC, P.A. § | |

### STIPULATION OF DISMISSAL

Plaintiff, Transcontinental Insurance Company, files this, its Stipulation of Dismissal under Rule 41(a)(1) of the Federal Rules of Civil Procedure, and would show the Court the following:

1.

This lawsuit arose as a result of a coverage disagreement between Plaintiff and Defendant. At the time this lawsuit was filed, the Defendant had previously filed a lawsuit pertaining to the issues involved in this lawsuit. That state court lawsuit had not been served on Plaintiff at the time this lawsuit was filed. In researching this matter, current Fifth Circuit precedent would require that this lawsuit be dismissed without prejudice, as the state court would have jurisdiction, as the controversy was first filed in state court. Accordingly, Plaintiff files this stipulation of dismissal, dismissing this lawsuit without prejudice.

For all of the above reasons, Plaintiff asks that this Court dismiss this lawsuit without prejudice.

Respectfully submitted,

*[signature: Russell J. Bowman]*

Russell J. Bowman
Louisiana Bar No. 16823
3131 McKinney Avenue, Suite 730
Dallas, TX 75204
(214) 922-0220
(214) 922-0225 (FAX)

ATTORNEY FOR PLAINTIFF